UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number: 13-14491-CIV-MARTINEZ-LYNCH**

WATERS EDGE RECOVERY, LLC, a Florida
limited liability corporation,

    Plaintiff,

vs.

CITY OF STUART, a Florida municipal
corporation,

    Defendant.
_____/

## ORDER STAYING CASE

THIS CAUSE came before the Court upon *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

This case is **STAYED** pending the Court's resolution of Defendant's Motion to Dismiss (D.E. No. 9).

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of September, 2014.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record