UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## MINUTES - CIVIL TRIAL

## HON. JOSE E. MARTINEZ

Case No.  13-14491-CV-Martinez    Date: June 28, 2017    Day #  3

Deputy Clerk: Wanda Holston    Court Reporter: Dawn Savino

Title of Case:  Waters Edge Recovery, LLC
  v.  City of Stuart

P. Attorney:  James Green

D. Attorney:  Michael Mortell

  9:30    **A.M.** / P.M.    Trial commenced / resumed - Jury / **Non-Jury**

Statement of case to jury-voir dire

Jury impaneled and sworn

**Bench Trial Continued to:**  6/29/2017 at 9:30 a.m.

Briefing schedule as follows:    Plaintiff's due _____

Defendant's due _____    Reply due _____